AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

EDWARD L. TIFFANY,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:04-cv-00635-RLH-RAM**

CRAIG FARWELL, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the #14 amended petition for a writ of habeas corpus is DENIED.


  May 1, 2008                                            **LANCE S. WILSON**
                                                                    Clerk

                                                              /s/ Kalani Lizares
                                                               Deputy Clerk